

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00070-CR

| | | |
|---|---|---|
| JON PRESTON ROMER, JR., Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1537351R) |
| V. | § | October 27, 2022 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack